THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR13-166MJP |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO SEAL DOCUMENT |
| ROBERT D. JOHNSON, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of Robert Johnson to file Exhibit 2 to his Motion to Modify Supervised Release under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit 2 be filed under seal.

DATED this 28th day of April 2022.

MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for Robert Johnson

ORDER TO SEAL DOCUMENT
(*Robert D. Johnson*; CR13-166MJP) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100