JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT JOHNSON, <br><br> Defendant. | No. CR13-166-RSM <br><br> ORDER GRANTING MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE |

THE COURT has considered Robert Johnson's motion to modify conditions of his supervised release and all the relevant records in this case.

IT IS ORDERED that Mr. Johnson is permitted to reside with his mother for the remaining two and a half years of his supervised release term. All other conditions of release shall remain in place.

DONE this 20th day of June, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory T. Murphy*
Assistant Federal Public Defender
Attorney for Robert Johnson

ORDER GRANTING MOTION TO MODIFY
CONDITIONS OF SUPERVISED RELEASE
(*United States v. Johnson*, CR13-166-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100